No. 04–438. AMERICAN FEDERATION OF GOVERNMENT EM-PLOYEES, LOCAL 1617, ET AL. *v.* FEDERAL LABOR RELATIONS

1146

AUTHORITY. C. A. 5th Cir. Certiorari denied.